AMERICAN EXPRESS NATIONAL BANK, erroneously sued as AMERICAN EXPRESS COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA TECH AND CONSULTING, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. 8:22-cv-01213-DOC-KES<br><br>**JUDGMENT** |

# **JUDGMENT**

Having granted the Motion of American Express National Bank ("American Express"), erroneously sued as American Express Company, for Summary Judgment, judgment is hereby entered in American Express's favor and against plaintiff LA Tech and Consulting, LLC ("Plaintiff") pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 58-6 on Plaintiff's First Amended Complaint (Dkt. 19) effective on January 14, 2025 (Dkt. 107).

**IT IS SO ORDERED.**

Dated: March 28, 2025

_____
Hon. David O. Carter
United States District Judge